HENRY SMITH, Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Argued April 21, 1884; decided June 27, 1884.)

*Norton Chase* for appellant.

*Denis O'Brien*, attorney-general, for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.